# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0260
Lower Tribunal No. 2016CA008390-O

_____

AVIS WILLIAMS,

Appellant,

v.

U.S. BANK TRUST NATIONAL ASSOCIATION and DERICK RICHARDSON,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Chad K. Alvaro, Judge.

May 2, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and SMITH and MIZE, JJ., concur.

Avis Williams, Eatonville, pro se.

Tyler E. Mesmer, of Topouzis & Associates, P.C., Miami, for Appellee, U.S. Bank Trust National Association.

Derick Richardson, Eatonville, pro se.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED